UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AMY GEORGE**  )<br>   **Plaintiff**  )<br>            )<br>    vs.   )<br>            )<br>**GENERAL REVENUE**  )<br>**CORP**  )<br>   **Defendant**  )<br>            ) | **Case Number: 1:14-cv-000067** |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Amy George, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: _/s/Bruce K. Warren_
Bruce K. Warren, Esquire

Kavanagh & Kavanagh, LLC
58 Euclid Street
Woodbury, NJ 08096
P: (856)848-4572
F: (856)324-9081
Bwarren@millvillelaw.com
Attorney for Plaintiff